# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Gina A Collar**

Debtor(s)

Case No.    **18-22821**
Chapter    **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Gina A Collar**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   **August 1, 2018**

Signature   **/s/ Gina A Collar**
**Gina A Collar**
Debtor

| CO | FILE | DEPT | CLOCK | VCHR NO. |
|---|---|---|---|---|
| F4P | 975993 | 1544HQ | | 00000280493 |

## Merakey

MERAKEY PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

568-0003

## Earnings Statement 

Period Beginning: 06/17/2018
Period Ending: 06/30/2018
Pay Date: 07/13/2018

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 1
    PA: N/A

GINA A COLLAR
149 LYNWWOOD DR
PITTSBURGH PA 15235

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.0500 | 80.00 | 2,324.00 | 12,353.51 |
| Overtime | 43.5600 | .25 | 10.89 | 653.63 |
| Overtime | 43.5750 | 2.00 | 87.15 | |
| Holiday Worked | | | | 522.90 |
| **Gross Pay** | | | **$2,422.04** | 13,530.04 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -289.80 | 1,653.56 |
| | Social Security Tax | -150.16 | 838.86 |
| | Medicare Tax | -35.12 | 196.19 |
| | PA State Income Tax | -74.36 | 415.37 |
| | Penn Hills T Income Tax | -42.39 | 236.78 |
| | West Deer Tw Local Svc Tax | -2.00 | 12.00 |
| | PA SUI/SDI Tax | -1.46 | 8.12 |
| | **Other** | | |
| | Retirement Plan | -92.96* | 264.94 |
| | **Net Pay** | **$1,733.79** | |
| | Checking 1 | -1,733.79 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8977521 |

**Important Notes**
ANY QUESTIONS PLEASE CALL EMPLOYEE SERVICE CENTER 1-877-647-1952.

| Earnings by Week | Hours | Earnings |
|---|---|---|
| **Week 1:** | | |
| Regular | 40.00 | 1162.00 |
| Overtime | 0.25 | 10.89 |
| **Week 2:** | | |
| Regular | 40.00 | 1162.00 |
| Overtime | 2.00 | 87.15 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,329.08

© 2000 ADP LLC

## Merakey

MERAKEY PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000280493
Pay date: 07/13/2018

Deposited to the account of
GINA A COLLAR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4487 | xxxx xxxx | $1,733.79 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| F4P | 975993 | 1544HQ | | 000026049 | |

## Merakey

Earnings Statement 

MERAKEY PENNSYLVANIA    574-0003
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Period Beginning: 06/03/2018
Period Ending: 06/16/2018
Pay Date: 06/29/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

GINA A COLLAR
149 LYNWWOOD DR
PITTSBURGH PA 15235

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.0500 | 80.00 | 2,324.00 | 10,029.51 |
| Overtime | 43.5753 | 3.25 | 141.62 | 555.59 |
| Overtime | 43.5800 | .50 | 21.79 | |
| Holiday Worked | | | | 522.90 |
| **Gross Pay** | | | **$2,487.41** | 11,108.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -304.18 | 1,363.76 |
| | Social Security Tax | -154.22 | 688.70 |
| | Medicare Tax | -36.07 | 161.07 |
| | PA State Income Tax | -76.36 | 341.01 |
| | Penn Hills T Income Tax | -43.53 | 194.39 |
| | West Deer Tw Local Svc Tax | -2.00 | 10.00 |
| | PA SUI/SDI Tax | -1.49 | 6.66 |
| | Other | | |
| | Retirement Plan | -92.96* | 171.98 |
| | **Net Pay** | **$1,776.60** | |
| | Checking 1 | -1,776.60 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8977521 |

**Important Notes**
ANY QUESTIONS PLEASE CALL EMPLOYEE SERVICE CENTER 1-877-647-1952.

| Earnings by Week | Hours | Earnings |
|---|---|---|
| **Week 1:** | | |
| Regular | 40.00 | 1162.00 |
| Overtime | 3.25 | 141.62 |
| **Week 2:** | | |
| Regular | 40.00 | 1162.00 |
| Overtime | 0.50 | 21.79 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,394.45

© 2000 ADP LLC

## Merakey

MERAKEY PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000260497
Pay date: 06/29/2018

Deposited to the account of
GINA A COLLAR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4487 | xxxx xxxx | $1,776.60 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| F4P | 975893 | 1544HQ | | 000024050 | 589-0003 |

## Merakey

MERAKEY PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

## Earnings Statement 

Period Beginning: 05/20/2018
Period Ending:   06/02/2018
Pay Date:        06/15/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA:      N/A

GINA A COLLAR
149 LYNWWOOD DR
PITTSBURGH PA 15235

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.0500 | 68.00 | 1,975.40 | 7,705.51 |
| Overtime | 43.5800 | 1.50 | 65.37 | 392.18 |
| Holiday Worked | 29.0500 | 12.00 | 522.90 | 522.90 |
| **Gross Pay** | | | **$2,563.67** | 8,620.59 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -324.02 | 1,059.58 |
| | Social Security Tax | -158.95 | 534.48 |
| | Medicare Tax | -37.17 | 125.00 |
| | PA State Income Tax | -78.70 | 264.65 |
| | Penn Hills T Income Tax | -44.86 | 150.86 |
| | West Deer Tw Local Svc Tax | -2.00 | 8.00 |
| | PA SUI/SDI Tax | -1.54 | 5.17 |
| | Other | | |
| | Retirement Plan | -79.02* | 79.02 |
| | **Net Pay** | **$1,837.41** | |
| | Checking 1 | -1,837.41 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8977521 |

### Important Notes
ANY QUESTIONS PLEASE CALL EMPLOYEE SERVICE CENTER 1-877-647-1952.

| Earnings by Week | Hours | Earnings |
|---|---|---|
| **Week 1:** | | |
| Regular | 40.00 | 1162.00 |
| Overtime | 0.50 | 21.79 |
| | | |
| **Week 2:** | | |
| Regular | 28.00 | 813.40 |
| Overtime | 1.00 | 43.58 |
| Holiday Work | 12.00 | 522.90 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,484.65

© 2000 ADP, LLC

## Merakey

MERAKEY PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number:  00000240505
Pay date:       06/15/2018

Deposited to the account of
GINA A COLLAR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4487 | xxxx xxxx | $1,837.41 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO. |
|---|---|---|---|---|
| F4P | 875993 | 1544HQ | | 000022049 |

567-0003

# Earnings Statement 

MERAKEY  PENNSYLVANIA
620 GERMANTOWN  PIKE
LAFAYETTE  HILL, PA  19444

| | |
|---|---|
| Period Beginning: | 05/06/2018 |
| Period Ending: | 05/19/2018 |
| Pay Date: | 06/01/2018 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:        1
   PA:             N/A

GINA  A  COLLAR
149  LYNWWOOD  DR
PITTSBURGH  PA  15235

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.0500 | 80.00 | 2,324.00 | 5,730.11 |
| Overtime | 43.5741 | 4.25 | 185.19 | 326.81 |
| Overtime | 43.5800 | .50 | 21.79 | |
| **Gross Pay** | | | **$2,530.98** | 6,056.92 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -334.22 | 735.56 |
| | Social Security Tax | -156.92 | 375.53 |
| | Medicare Tax | -36.70 | 87.83 |
| | PA State Income Tax | -77.70 | 185.95 |
| | Penn Hills T Income Tax | -44.29 | 106.00 |
| | West Deer Tw Local Svc Tax | -2.00 | 6.00 |
| | PA SUI/SDI Tax | -1.51 | 3.63 |
| **Net Pay** | | **$1,877.64** | |
| | Checking 1 | -1,877.64 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8977521 |

**Important Notes**
ANY QUESTIONS PLEASE CALL EMPLOYEE SERVICE CENTER 1-877-647-1952.

| Earnings by Week | Hours | Earnings |
|---|---|---|
| **Week 1:** | | |
| Regular | 40.00 | 1162.00 |
| Overtime | 0.50 | 21.79 |
| **Week 2:** | | |
| Regular | 40.00 | 1162.00 |
| Overtime | 4.25 | 185.19 |

Your federal taxable wages this period are
$2,530.98

© 2000 ADP, LLC

---

MERAKEY  PENNSYLVANIA
620 GERMANTOWN  PIKE
LAFAYETTE  HILL, PA  19444

| | |
|---|---|
| Advice number: | 00000220493 |
| Pay date: | 06/01/2018 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GINA  A  COLLAR | xxxxxx4487 | xxxx  xxxx | $1,877.64 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE