Certificate Number: 05781-PAW-DE-031476628

Bankruptcy Case Number: 18-22821



05781-PAW-DE-031476628

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 15, 2018, at 10:37 o'clock AM PDT, Gina Collar completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 15, 2018            By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President