IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Gina A Collar | : Bankruptcy No. 18-22821-CMB |
| | : Chapter 13 |
| Debtor(s). | : |

## ORDER

AND NOW, this 24th day of January, 2019, it appearing to the Court that there was an Interim Order of Confirmation of Debtor's Chapter 13 Plan entered on September 27, 2018, and it further appearing that the Debtor has failed to make appropriate installment payments of the filing fee as previously ordered,

NOW THEREFORE, the Chapter 13 Trustee is **HEREBY DIRECTED TO PAY** to the Clerk of Court the unpaid balance due for the filing fee amounting to $310.00 from the first available funds, or, in the alternative, to report to the Court forthwith that such funds are not available. If such funds to pay the filing are unavailable, the case will be dismissed as heretofore ordered.

_____
Carlota M. Böhm, Chief Judge
United States Bankruptcy Court

Case Administrator to mail to:
Debtor(s);
Counsel for Debtor(s);
Chapter 13 Trustee

FILED
1/24/19 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gina A Collar  
       Debtor

Case No. 18-22821-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Jan 24, 2019  
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2019.  
db           +Gina A Collar,    149 Lynnwood Dr,    Pittsburgh, PA 15235-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2019 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
         Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com  
         Lawrence W. Willis    on behalf of Debtor Gina A Collar ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
         TOTAL: 8