**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/17/2022

IN RE:

GINA A COLLAR
149 LYNNWOOD DR
PITTSBURGH, PA 15235
XXX-XX-5140          Debtor(s)

Case No. 18-22821 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/17/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: VALUE CITY FRNTR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2229 |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: M AND T BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JENNIFER L CERCE ESQ**<br>MAIELLO BRUNGO & MAIELLO LP<br>100 PURITY RD STE 3<br><br>PITTSBURGH, PA  15235 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: PENN HILLS SD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br><br>BUFFALO, NY  14240-1288 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM:  0.00<br>COMMENT: PMT/DECL*DKT4LMT*BGN 8/18 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3695 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br><br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM:  9,910.47<br>COMMENT: CL2GOV*300/PL@LTCD*CL FACE 6.25% | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4206 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM:  1,265.18<br>COMMENT: 1300/PL@0% | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5140 |
| **BANK AMERICA**<br>4909 SAVARESE CL<br><br>TAMPA, FL  33634 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9976 |
| **BBY/CBNA**<br>POB 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9697 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **BANK OF AMERICA NA**\*\*<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3420 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **CAPITAL ONE**\*\*<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0030 | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH |
| **CAPITAL ONE**\*\*<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9723 | CLAIM: 0.00<br>COMMENT: NO$~BST BY~NTC ONLY/SCH |
| **CHASE(\*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5914 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5617 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~AVE~NTC ONLY/SCH |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7038 | CLAIM: 961.25<br>COMMENT: LANE BRYANT |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5945 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LN BRYANT~NTC ONLY/SCH |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5465 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~CATHERINE~NTC ONLY/SCH |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3560 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~VALUE CITY~NTC ONLY/SCH |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3860 | CLAIM: 1,764.75<br>COMMENT: MACYS |

# CLAIM RECORDS

| Creditor | Trustee Claim | Court Claim | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|
| **GOODYEAR/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | 21 | | 0.00 | NO$~NTC ONLY/SCH | UNSECURED CREDITOR | 3210 |
| **KAY JEWELERS**<br>STERLING JEWELERS<br>375 GHENT ROAD<br>AKRON, OH 44333 | 22 | | 0.00 | NO$~NTC ONLY/SCH | UNSECURED CREDITOR | 5417 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 23 | 8 | 103.75 | KOHLS | UNSECURED CREDITOR | 9017 |
| **M & T BANK**<br>1 FOUNTAIN PLAZA<br>BUFFALO, NY 14203 | 24 | | 0.00 | NO$~NTC ONLY/SCH | UNSECURED CREDITOR | 0001 |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | 25 | 5 | 1,655.53 | 0826/SCH\*FR NAVIENT/PHEAA-DOC 47 | UNSECURED CREDITOR | 5140 |
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | 26 | | 0.00 | | UNSECURED CREDITOR | 0822 |
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | 27 | | 0.00 | | UNSECURED CREDITOR | 0826 |
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | 28 | | 0.00 | | UNSECURED CREDITOR | 0822 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | 29 | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 4693 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 50325-3439 | 30 | | 0.00 | NO$~STUDENT LOAN?/SCH | UNSECURED CREDITOR | 9636 |

All Trustee Claims show INT %: 0.00%

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SOUTHWEST CREDIT SYSTEMS*** <br> 4120 INTERNATIONAL PARKWAY <br> STE 1100 <br> CARROLLTON, TX 75007 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: COMCAST/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7888 |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA 23541 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~NO$~CARE CREDIT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0669 |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA 23541 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~NO$~JCP~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9620 |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA 23541 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~SAMS CLUB/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6134 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 610.00 <br> COMMENT: SYNCHRONY/VALUE CITY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2229 |
| **CITIBANK NA\*\*** <br> 6716 GRADE LN BLDG 9 STE 910-PY DEPT <br> LOUISVILLE, KY 50325-3439 | Trustee Claim Number: 36  INT %: 0.00% <br> Court Claim Number: 12-2 <br> CLAIM: 992.48 <br> COMMENT: HOME DEPOT*AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3588 |
| **TARGET** <br> PO BOX 660170 <br> DALLAS, TX 75266 | Trustee Claim Number: 37  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2367 |
| **COMCAST** <br> PO BOX 1931 <br> BURLINGAME, CA 94011 | Trustee Claim Number: 38  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 39  INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 742.68 <br> COMMENT: NT/SCH*ARROW FNCL/GEMB/WAL-MART*STALE~EMAIL DONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6335 |
| **PENN HILLS SD (PENN HILLS) (EIT)\*\*** <br> C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA 15235 | Trustee Claim Number: 40  INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 1,038.84 <br> COMMENT: 5140;97-00,06,10,11*CL1GOVS*W/41*DKT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5140 |

| Creditor | Trustee/Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PENN HILLS MUNICIPALITY (EIT)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 2,597.08<br>COMMENT: 5140;97-00,06,10,11*CL1GOVS*W/40*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5140 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 4.12<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5140 |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 7 | CLAIM: 628.64<br>COMMENT: CL7GOV*$0ARRS/PL*THRU 7/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3695 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 118.67<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9235 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: TOYOTA MOTOR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: | CLAIM: 310.00<br>COMMENT: FEES/OE*DK | CRED DESC: FILING FEES<br>ACCOUNT NO.: 18-22821-CMB |