**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Gina A Collar**
Debtor(s)

Bankruptcy Case No.: 18−22821−CMB

Chapter: 13
Docket No.: 67 − 66

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of March, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/12/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/14/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/12/23.**

Carlota M Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22821-CMB |
| Gina A Collar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 28, 2023 | Form ID: 408v | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina A Collar, 149 Lynnwood Dr, Pittsburgh, PA 15235-4312 |
| 14891734 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 23:48:51 | LVNV Funding, LLC its successors and assigns as as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2023 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14880894 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 28 2023 23:40:00 | Bankamerica, Po Box 1598, Norfolk, VA 23501-1598 |
| 14880895 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:51 | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14880896 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 28 2023 23:40:00 | Bk Of Amer, 4060 Ogletown/Stanton Rd, Newark, DE 19713 |
| 14880897 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2023 23:48:42 | Cap One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14893300 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2023 23:48:48 | Capital One / Best Buy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14913755 | | Email/PDF: bncnotices@becket-lee.com | Mar 29 2023 00:03:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14919345 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:51 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14893302 | + | Email/Text: documentfiling@lciinc.com | Mar 28 2023 23:40:00 | Comcast, Po Box 3001, Southeastern, PA 19398-3001 |
| 14893304 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2023 23:40:00 | Comenity Bank/Lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14880901 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2023 23:40:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 14880903 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2023 23:40:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14880904 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2023 23:40:00 | Comenitybank/catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 14880905 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2023 23:40:00 | Comenitybank/valuecity, Po Box 182789, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 14880906 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:44 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14911311 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2023 23:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14913887 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 28 2023 23:46:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15060725 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 28 2023 23:41:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14880907 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:51 | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14893312 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 28 2023 23:40:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14880899 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2023 23:48:42 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14880910 | + | Email/Text: BKRMailOPS@weltman.com | Mar 28 2023 23:40:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14880911 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 23:40:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14880912 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 23:40:00 | Kohls/chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14900650 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 23:48:44 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14880913 | | Email/Text: camanagement@mtb.com | Mar 28 2023 23:40:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14912044 | | Email/Text: camanagement@mtb.com | Mar 28 2023 23:40:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 14880914 | | Email/Text: camanagement@mtb.com | Mar 28 2023 23:40:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14880915 | + | Email/PDF: pa_dc_claims@navient.com | Mar 28 2023 23:48:43 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14907855 | + | Email/Text: bncnotifications@pheaa.org | Mar 28 2023 23:40:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14880916 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2023 23:41:00 | PA Department Of Revenue, Bankruptcy Division, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0001 |
| 14919333 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2023 23:40:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14880917 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2023 23:40:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14917152 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2023 23:48:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14881181 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 28 2023 23:48:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14914888 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2023 23:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14880919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:44 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14880918 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:51 | Sears/cbna, 133200 Smith Rd, Cleveland, OH 44130 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2023 | Form ID: 408v | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 14880920 | + | Email/Text: bankruptcy@sw-credit.com | Mar 28 2023 23:46:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14880921 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 23:48:42 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14880922 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 23:48:49 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14880923 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 23:48:56 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14880924 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 23:48:42 | Syncb/value City Furni, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14880925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:51 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14880926 | + | Email/Text: bncmail@w-legal.com | Mar 28 2023 23:40:00 | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14880927 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 28 2023 23:40:00 | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 14897363 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 28 2023 23:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | | Toyota Motor Credit Corporation |
| 14880898 | | Cap1/bstby |
| 14880900 | | Comenity Bank/avenue |
| 14880902 | | Comenity Bank/lnbryant |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14893296 | *+ | Bankamerica, Po Box 1598, Norfolk, VA 23501-1598 |
| 14893297 | *+ | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14893298 | * | Bk Of Amer, 4060 Ogletown/Stanton Rd, Newark, DE 19713 |
| 14893299 | *+ | Cap One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14893303 | *+ | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 14893305 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14893306 | *+ | Comenitybank/catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 14893307 | *+ | Comenitybank/valuecity, Po Box 182789, Columbus, OH 43218-2789 |
| 14893308 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14893309 | *+ | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14880909 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14893311 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14880908 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14893310 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14893301 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14893313 | *+ | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14893314 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14893315 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14893316 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14893317 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |

| | | |
|---|---|---|
| 14893318 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14893319 | *+ | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14893320 | *+ | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14893321 | *+ | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14893322 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14893323 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14893324 | *+ | Syncb/value City Furni, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14893325 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14893326 | *+ | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14893327 | *+ | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 5 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor Gina A Collar ecf@westernpabankruptcy.com   urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com   PNGbankruptcy@peoples-gas.com |

TOTAL: 8