**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GINA A COLLAR<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:18-22821<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/13/2018 and confirmed on 9/27/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 73,009.73 |
| Less Refunds to Debtor | 12,571.15 | |
| TOTAL AMOUNT OF PLAN FUND | | 60,438.58 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,100.00 | |
|   Trustee Fee | 3,250.30 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,350.30 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 32,127.52 | 0.00 | 32,127.52 |
|     Acct: 3695 | | | | |
|   M & T BANK | 628.64 | 628.64 | 0.00 | 628.64 |
|     Acct: 3695 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 9,910.47 | 9,910.47 | 0.00 | 9,910.47 |
|     Acct: 4206 | | | | |
| | | | | 42,666.63 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GINA A COLLAR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GINA A COLLAR | 12,571.15 | 12,571.15 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,100.00 | 3,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 1,265.18 | 1,265.18 | 0.00 | 1,265.18 |
|     Acct: 5140 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-CMB | | | | |
| | | | | 1,575.18 |
| **Unsecured** | | | | |
|   BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9976 | | | | |
|   BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9697 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3420 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0030 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9723 | | | | |
| | CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5914 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5617 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 961.25 | 961.25 | 0.00 | 961.25 |
| | Acct: 7038 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5945 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5465 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3560 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,764.75 | 1,764.75 | 0.00 | 1,764.75 |
| | Acct: 3860 | | | | |
| | GOODYEAR/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3210 | | | | |
| | KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5417 | | | | |
| | CAPITAL ONE NA** | 103.75 | 103.75 | 0.00 | 103.75 |
| | Acct: 9017 | | | | |
| | M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | ECMC(*) | 1,655.53 | 1,655.53 | 0.00 | 1,655.53 |
| | Acct: 5140 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0822 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0826 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0822 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4693 | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9636 | | | | |
| | SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7888 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0669 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9620 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6134 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 610.00 | 610.00 | 0.00 | 610.00 |
| | Acct: 2229 | | | | |
| | CITIBANK NA** | 992.48 | 992.48 | 0.00 | 992.48 |
| | Acct: 3588 | | | | |
| | TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2367 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6335 | | | | |
| | PENN HILLS SD (PENN HILLS) (EIT)** | 1,038.84 | 1,038.84 | 0.00 | 1,038.84 |
| | Acct: 5140 | | | | |
| | PENN HILLS MUNICIPALITY (EIT)** | 2,597.08 | 2,597.08 | 0.00 | 2,597.08 |
| | Acct: 5140 | | | | |
| | INTERNAL REVENUE SERVICE* | 4.12 | 4.12 | 0.00 | 4.12 |
| | Acct: 5140 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 118.67 | 118.67 | 0.00 | 118.67 |
| | Acct: 9235 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 2229 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | |
| | | | | | 9,846.47 |

TOTAL PAID TO CREDITORS                                                               54,088.28

TOTAL CLAIMED
PRIORITY        1,575.18
SECURED        10,539.11
UNSECURED       9,846.47

Date: 03/28/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    GINA A COLLAR

        Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.:18-22821

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22821-CMB |
| Gina A Collar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 28, 2023 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina A Collar, 149 Lynnwood Dr, Pittsburgh, PA 15235-4312 |
| 14891734 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 23:48:43 | LVNV Funding, LLC its successors and assigns as as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2023 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14880894 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 28 2023 23:40:00 | Bankamerica, Po Box 1598, Norfolk, VA 23501-1598 |
| 14880895 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:44 | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14880896 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 28 2023 23:40:00 | Bk Of Amer, 4060 Ogletown/Stanton Rd, Newark, DE 19713 |
| 14880897 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2023 23:48:49 | Cap One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14893300 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2023 23:48:57 | Capital One / Best Buy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14913755 | | Email/PDF: bncnotices@becket-lee.com | Mar 29 2023 00:03:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14919345 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:59 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14893302 | + | Email/Text: documentfiling@lciinc.com | Mar 28 2023 23:40:00 | Comcast, Po Box 3001, Southeastern, PA 19398-3001 |
| 14893304 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2023 23:40:00 | Comenity Bank/Lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14880901 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2023 23:40:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 14880903 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2023 23:40:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14880904 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2023 23:40:00 | Comenitybank/catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 14880905 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2023 23:40:00 | Comenitybank/valuecity, Po Box 182789, |

Case 18-22821-CMB  Doc 69  Filed 03/30/23  Entered 03/31/23 00:25:55  Desc Imaged
Certificate of Notice  Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| 14880906 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:44 | Dsnb Macys, Po Box 8218, Mason, OH 45040 (Columbus, OH 43218-2789) |
| 14911311 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2023 23:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14913887 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 28 2023 23:46:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15060725 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 28 2023 23:41:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14880907 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:44 | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14893312 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 28 2023 23:40:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14880899 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2023 23:48:48 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14880910 | + | Email/Text: BKRMailOPS@weltman.com | Mar 28 2023 23:40:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14880911 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 23:40:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14880912 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 23:40:00 | Kohls/chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14900650 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 23:48:51 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14880913 | | Email/Text: camanagement@mtb.com | Mar 28 2023 23:40:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14912044 | | Email/Text: camanagement@mtb.com | Mar 28 2023 23:40:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 14880914 | | Email/Text: camanagement@mtb.com | Mar 28 2023 23:40:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14880915 | + | Email/PDF: pa_dc_claims@navient.com | Mar 28 2023 23:48:57 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14907855 | + | Email/Text: bncnotifications@pheaa.org | Mar 28 2023 23:40:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14880916 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2023 23:41:00 | PA Department Of Revenue, Bankruptcy Division, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0001 |
| 14919333 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2023 23:40:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14880917 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2023 23:40:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14917152 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2023 23:48:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14881181 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 28 2023 23:48:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14914888 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2023 23:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14880919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:44 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14880918 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:51 | Sears/cbna, 133200 Smith Rd, Cleveland, OH 44130 |

| Recip ID | | | | |
|---|---|---|---|---|
| 14880920 | + | Email/Text: bankruptcy@sw-credit.com | Mar 28 2023 23:46:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14880921 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 23:48:48 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14880922 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 23:48:56 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14880923 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 23:48:48 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14880924 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 23:48:42 | Syncb/value City Furni, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14880925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 23:48:51 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14880926 | + | Email/Text: bncmail@w-legal.com | Mar 28 2023 23:40:00 | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14880927 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 28 2023 23:40:00 | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 14897363 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 28 2023 23:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | | Toyota Motor Credit Corporation |
| 14880898 | | Cap1/bstby |
| 14880900 | | Comenity Bank/avenue |
| 14880902 | | Comenity Bank/lnbryant |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14893296 | *+ | Bankamerica, Po Box 1598, Norfolk, VA 23501-1598 |
| 14893297 | *+ | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14893298 | * | Bk Of Amer, 4060 Ogletown/Stanton Rd, Newark, DE 19713 |
| 14893299 | *+ | Cap One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14893303 | *+ | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 14893305 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14893306 | *+ | Comenitybank/catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 14893307 | *+ | Comenitybank/valuecity, Po Box 182789, Columbus, OH 43218-2789 |
| 14893308 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14893309 | *+ | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14880909 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14893311 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14880908 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14893310 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14893301 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14893313 | *+ | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14893314 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14893315 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14893316 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14893317 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |

Case 18-22821-CMB   Doc 69   Filed 03/30/23   Entered 03/31/23 00:25:55   Desc Imaged
Certificate of Notice   Page 9 of 9

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| 14893318 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14893319 | *+ | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14893320 | *+ | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14893321 | *+ | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14893322 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14893323 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14893324 | *+ | Syncb/value City Furni, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14893325 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14893326 | *+ | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14893327 | *+ | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 5 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor Gina A Collar ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8