UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

GINA A COLLAR

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-22821 CMB

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 07/13/2018 and confirmed on 09/27/2018. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 73,611.73 |
| Less Refunds to Debtor | 13,173.15 | |
| TOTAL AMOUNT OF PLAN FUND | | 60,438.58 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,100.00 | |
|   Trustee Fee | 3,250.30 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,350.30 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK | 0.00 | 32,127.52 | 0.00 | 32,127.52 |
|   Acct: 3695 | | | | |
| M & T BANK | 628.64 | 628.64 | 0.00 | 628.64 |
|   Acct: 3695 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 9,910.47 | 9,910.47 | 0.00 | 9,910.47 |
|   Acct: 4206 | | | | |
| | | | | 42,666.63 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| GINA A COLLAR | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| GINA A COLLAR | 12,571.15 | 12,571.15 | 0.00 | 0.00 |
|   Acct: | | | | |
| GINA A COLLAR | 602.00 | 602.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 18-22821 CMB | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 3,100.00 | 3,100.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,265.18 | 1,265.18 | 0.00 | 1,265.18 |
| Acct: 5140 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-CMB | | | | |
| | | | | 1,575.18 |
| **Unsecured** | | | | |
| BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9976 | | | | |
| BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9697 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3420 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0030 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9723 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5914 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5617 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 961.25 | 961.25 | 0.00 | 961.25 |
| Acct: 7038 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5945 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5465 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3560 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,764.75 | 1,764.75 | 0.00 | 1,764.75 |
| Acct: 3860 | | | | |
| GOODYEAR/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3210 | | | | |
| KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5417 | | | | |
| CAPITAL ONE NA** | 103.75 | 103.75 | 0.00 | 103.75 |
| Acct: 9017 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ECMC(*) | 1,655.53 | 1,655.53 | 0.00 | 1,655.53 |
| Acct: 5140 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0822 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0826 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0822 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4693 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9636 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7888 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0669 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9620 | | | | |

18-22821 CMB  **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**  Page 3 of 4

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6134 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 610.00 | 610.00 | 0.00 | 610.00 |
| Acct: 2229 | | | | |
| CITIBANK NA** | 992.48 | 992.48 | 0.00 | 992.48 |
| Acct: 3588 | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2367 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6335 | | | | |
| PENN HILLS SD (PENN HILLS) (EIT)** | 1,038.84 | 1,038.84 | 0.00 | 1,038.84 |
| Acct: 5140 | | | | |
| PENN HILLS MUNICIPALITY (EIT)** | 2,597.08 | 2,597.08 | 0.00 | 2,597.08 |
| Acct: 5140 | | | | |
| INTERNAL REVENUE SERVICE* | 4.12 | 4.12 | 0.00 | 4.12 |
| Acct: 5140 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 118.67 | 118.67 | 0.00 | 118.67 |
| Acct: 9235 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2229 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 9,846.47 |

TOTAL PAID TO CREDITORS                                                                 54,088.28

TOTAL CLAIMED
 PRIORITY              1,575.18
 SECURED              10,539.11
 UNSECURED             9.846.47

Date: 05/10/2023                                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com