**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gina A Collar<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5140<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–22821–CMB | |

# Order of Discharge                                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Gina A Collar

_5/15/23_                                                   **By the court:** Carlota M Bohm
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gina A Collar  
    Debtor

Case No. 18-22821-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: May 15, 2023      Form ID: 3180W      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina A Collar, 149 Lynnwood Dr, Pittsburgh, PA 15235-4312 |
| 14891734 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 16 2023 03:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 16 2023 03:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2023 00:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2023 00:14:35 | LVNV Funding, LLC its successors and assigns as as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 16 2023 00:01:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14880894 | + | EDI: BANKAMER2.COM | May 16 2023 03:51:00 | Bankamerica, Po Box 1598, Norfolk, VA 23501-1598 |
| 14880895 | + | EDI: CITICORP.COM | May 16 2023 03:51:00 | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14880896 | | EDI: BANKAMER.COM | May 16 2023 03:51:00 | Bk Of Amer, 4060 Ogletown/Stanton Rd, Newark, DE 19713 |
| 14880897 | + | EDI: CAPITALONE.COM | May 16 2023 03:51:00 | Cap One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14893300 | + | EDI: CAPITALONE.COM | May 16 2023 03:51:00 | Capital One / Best Buy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14913755 | | Email/PDF: bncnotices@becket-lee.com | May 16 2023 00:28:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14919345 | + | EDI: CITICORP.COM | May 16 2023 03:51:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

Case 18-22821-CMB    Doc 73    Filed 05/17/23    Entered 05/18/23 00:25:45    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: 3180W | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 14893302 | + | EDI: COMCASTCBLCENT | May 16 2023 03:51:00 | Comcast, Po Box 3001, Southeastern, PA 19398-3001 |
| 14893304 | + | EDI: WFNNB.COM | May 16 2023 03:51:00 | Comenity Bank/Lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14880901 | + | EDI: WFNNB.COM | May 16 2023 03:51:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 14880903 | + | EDI: WFNNB.COM | May 16 2023 03:51:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14880904 | + | EDI: WFNNB.COM | May 16 2023 03:51:00 | Comenitybank/catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 14880905 | + | EDI: WFNNB.COM | May 16 2023 03:51:00 | Comenitybank/valuecity, Po Box 182789, Columbus, OH 43218-2789 |
| 14880906 | + | EDI: CITICORP.COM | May 16 2023 03:51:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14911311 | | EDI: Q3G.COM | May 16 2023 03:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14913887 | + | Email/Text: kburkley@bernsteinlaw.com | May 16 2023 00:02:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15060725 | | Email/Text: ECMCBKNotices@ecmc.org | May 16 2023 00:01:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14880907 | + | EDI: CITICORP.COM | May 16 2023 03:51:00 | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14893312 | + | EDI: IRS.COM | May 16 2023 03:51:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14880899 | | EDI: JPMORGANCHASE | May 16 2023 03:51:00 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14880910 | + | Email/Text: BKRMailOPS@weltman.com | May 16 2023 00:01:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14880911 | + | Email/Text: PBNCNotifications@peritusservices.com | May 16 2023 00:00:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14880912 | + | Email/Text: PBNCNotifications@peritusservices.com | May 16 2023 00:00:00 | Kohls/chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14900650 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2023 00:14:35 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14880913 | | Email/Text: camanagement@mtb.com | May 16 2023 00:01:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14912044 | | Email/Text: camanagement@mtb.com | May 16 2023 00:01:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 14880914 | | Email/Text: camanagement@mtb.com | May 16 2023 00:01:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14880915 | + | EDI: NAVIENTFKASMSERV.COM | May 16 2023 03:51:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14907855 | + | Email/Text: bncnotifications@pheaa.org | May 16 2023 00:01:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14880916 | + | EDI: PENNDEPTREV | May 16 2023 03:51:00 | PA Department Of Revenue, Bankruptcy Division, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0001 |
| 14880916 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2023 00:01:00 | PA Department Of Revenue, Bankruptcy Division, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0001 |

Case 18-22821-CMB   Doc 73   Filed 05/17/23   Entered 05/18/23 00:25:45   Desc Imaged
                              Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: 3180W | Total Noticed: 52 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 14919333 | | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2023 00:00:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14880917 | | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2023 00:00:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14917152 | | EDI: PRA.COM | May 16 2023 03:51:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14881181 | + | EDI: RECOVERYCORP.COM | May 16 2023 03:51:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14914888 | | EDI: Q3G.COM | May 16 2023 03:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14880919 | + | EDI: CITICORP.COM | May 16 2023 03:51:00 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14880918 | | EDI: CITICORP.COM | May 16 2023 03:51:00 | Sears/cbna, 133200 Smith Rd, Cleveland, OH 44130 |
| 14880920 | + | Email/Text: bankruptcy@sw-credit.com | May 16 2023 00:01:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14880921 | + | EDI: RMSC.COM | May 16 2023 03:51:00 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14880922 | + | EDI: RMSC.COM | May 16 2023 03:51:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14880923 | + | EDI: RMSC.COM | May 16 2023 03:51:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14880924 | + | EDI: RMSC.COM | May 16 2023 03:51:00 | Syncb/value City Furni, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14880925 | + | EDI: CITICORP.COM | May 16 2023 03:51:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14880926 | + | EDI: WTRRNBANK.COM | May 16 2023 03:51:00 | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14880927 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 16 2023 00:01:00 | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 14897363 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 16 2023 00:01:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | | Toyota Motor Credit Corporation |
| 14880898 | | Cap1/bstby |
| 14880900 | | Comenity Bank/avenue |
| 14880902 | | Comenity Bank/lnbryant |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14893296 | *+ | Bankamerica, Po Box 1598, Norfolk, VA 23501-1598 |
| 14893297 | *+ | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14893298 | * | Bk Of Amer, 4060 Ogletown/Stanton Rd, Newark, DE 19713 |
| 14893299 | *+ | Cap One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14893303 | *+ | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 14893305 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 5 |
| Date Rcvd: May 15, 2023 | Form ID: 3180W | Total Noticed: 52 |

| | | |
|---|---|---|
| 14893306 | *+ | Comenitybank/catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 14893307 | *+ | Comenitybank/valuecity, Po Box 182789, Columbus, OH 43218-2789 |
| 14893308 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14893309 | *+ | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14880909 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14893311 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14880908 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14893310 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14893301 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14893313 | *+ | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14893314 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14893315 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14893316 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14893317 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14893318 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14893319 | *+ | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14893320 | *+ | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14893321 | *+ | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14893322 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14893323 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14893324 | *+ | Syncb/value City Furni, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14893325 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14893326 | *+ | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14893327 | *+ | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 5 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023                       Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
  on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

Brian Nicholas
  on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

Jennifer L. Cerce
  on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lawrence W. Willis
  on behalf of Debtor Gina A Collar ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: 3180W | Total Noticed: 52 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8