## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  GINA A COLLAR

        Debtor(s)

  Ronda J. Winnecour
          Movant
      vs.
  No Repondents.

Case No.:18-22821

Chapter 13

Document No.:  66

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this __15th__ day of __May__, 20__23__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
5/15/23 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT

_Carlota M. Böhm_  dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-22821-CMB
Gina A Collar     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: May 15, 2023     Form ID: pdf900     Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina A Collar, 149 Lynnwood Dr, Pittsburgh, PA 15235-4312 |
| 14891734 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2023 00:14:37 | LVNV Funding, LLC its successors and assigns as as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 16 2023 00:01:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14880894 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 16 2023 00:01:00 | Bankamerica, Po Box 1598, Norfolk, VA 23501-1598 |
| 14880895 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2023 00:14:37 | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14880896 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 16 2023 00:00:00 | Bk Of Amer, 4060 Ogletown/Stanton Rd, Newark, DE 19713 |
| 14880897 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2023 00:14:52 | Cap One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14893300 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2023 00:04:06 | Capital One / Best Buy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14913755 | | Email/PDF: bncnotices@becket-lee.com | May 16 2023 00:14:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14919345 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2023 00:04:10 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14893302 | + | Email/Text: documentfiling@lciinc.com | May 16 2023 00:00:00 | Comcast, Po Box 3001, Southeastern, PA 19398-3001 |
| 14893304 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2023 00:01:00 | Comenity Bank/Lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14880901 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2023 00:01:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 14880903 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2023 00:01:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14880904 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2023 00:01:00 | Comenitybank/catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 14880905 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2023 00:01:00 | Comenitybank/valuecity, Po Box 182789, |

Case 18-22821-CMB   Doc 74   Filed 05/17/23   Entered 05/18/23 00:25:45   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 14880906 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2023 00:03:39 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14911311 | | Email/Text: bnc-quantum@quantum3group.com | May 16 2023 00:01:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14913887 | + | Email/Text: kburkley@bernsteinlaw.com | May 16 2023 00:02:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15060725 | | Email/Text: ECMCBKNotices@ecmc.org | May 16 2023 00:01:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14880907 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2023 00:02:51 | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14893312 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 16 2023 00:01:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14880899 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 16 2023 00:03:33 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14880910 | + | Email/Text: BKRMailOPS@weltman.com | May 16 2023 00:01:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14880911 | + | Email/Text: PBNCNotifications@peritusservices.com | May 16 2023 00:00:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14880912 | + | Email/Text: PBNCNotifications@peritusservices.com | May 16 2023 00:00:00 | Kohls/chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14900650 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2023 00:15:00 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14880913 | | Email/Text: camanagement@mtb.com | May 16 2023 00:01:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14912044 | | Email/Text: camanagement@mtb.com | May 16 2023 00:01:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 14880914 | | Email/Text: camanagement@mtb.com | May 16 2023 00:01:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14880915 | + | Email/PDF: pa_dc_claims@navient.com | May 16 2023 00:14:37 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14907855 | + | Email/Text: bncnotifications@pheaa.org | May 16 2023 00:01:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14880916 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2023 00:01:00 | PA Department Of Revenue, Bankruptcy Division, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0001 |
| 14919333 | | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2023 00:00:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14880917 | | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2023 00:00:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14917152 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 16 2023 00:14:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14881181 | + | Email/PDF: rmscedi@recoverycorp.com | May 16 2023 00:14:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14914888 | | Email/Text: bnc-quantum@quantum3group.com | May 16 2023 00:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14880919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2023 00:15:01 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14880918 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2023 00:02:51 | Sears/cbna, 133200 Smith Rd, Cleveland, OH 44130 |

Case 18-22821-CMB   Doc 74   Filed 05/17/23   Entered 05/18/23 00:25:45   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14880920 | + | Email/Text: bankruptcy@sw-credit.com | May 16 2023 00:01:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14880921 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2023 00:04:10 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14880922 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2023 00:02:47 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14880923 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2023 00:03:36 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14880924 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2023 00:03:28 | Syncb/value City Furni, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14880925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2023 00:15:07 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14880926 | + | Email/Text: bncmail@w-legal.com | May 16 2023 00:01:00 | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14880927 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 16 2023 00:01:00 | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 14897363 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 16 2023 00:01:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | | Toyota Motor Credit Corporation |
| 14880898 | | Cap1/bstby |
| 14880900 | | Comenity Bank/avenue |
| 14880902 | | Comenity Bank/lnbryant |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 14893296 | *+ | Bankamerica, Po Box 1598, Norfolk, VA 23501-1598 |
| 14893297 | *+ | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14893298 | * | Bk Of Amer, 4060 Ogletown/Stanton Rd, Newark, DE 19713 |
| 14893299 | *+ | Cap One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14893303 | *+ | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 14893305 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14893306 | *+ | Comenitybank/catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 14893307 | *+ | Comenitybank/valuecity, Po Box 182789, Columbus, OH 43218-2789 |
| 14893308 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14893309 | *+ | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14880909 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14893311 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14880908 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14893310 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14893301 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14893313 | *+ | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14893314 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14893315 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14893316 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14893317 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |

| | | |
|---|---|---|
| 14893318 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14893319 | *+ | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14893320 | *+ | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14893321 | *+ | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14893322 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14893323 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14893324 | *+ | Syncb/value City Furni, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14893325 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14893326 | *+ | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14893327 | *+ | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 5 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lawrence W. Willis | on behalf of Debtor Gina A Collar ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8